**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

**MINUTES**

Timothy Finley #266147

v                                                             Case no:  2:18-cv-100

Erica Huss et al
_____ /

DATE:      2/21/2019
TIME:      11:04 am - 11:08
PLACE:     Marquette
JUDGE:     Hon. Timothy P. Greeley

**APPEARANCES**

<u>PLAINTIFF</u>: Dan Manville

<u>DEFENDANT</u>:  Neil Giovanatti

**PROCEEDINGS**

<u>NATURE OF HEARING</u>:  Tx conf re:  CMO
        Amended case management order to be entered