UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TIMOTHY FINLEY #266147,

       Plaintiff,                      Case No. 2:18–cv–00100–RJJ–MV

    v.                                Hon. Robert J. Jonker

ERICA HUSS, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:   September 12, 2024   10:30 AM
Magistrate Judge:   Maarten Vermaat
Place/Location:   by video

*Counsel should come prepared to discuss settlement conference dates. Zoom link information is attached to this notice.*

                                              MAARTEN VERMAAT
                                              U.S. Magistrate Judge

Dated:  July 31, 2024         By:    /s/ C. A. Moore_____
                                            Courtroom Deputy